MICHAEL J. HEYMAN
United States Attorney

WILLIAM R. REED
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
709 W. 9th Street, Room 937
Juneau, AK 99801
Phone: (907) 796-0400
Email: william.r.reed@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 1:25-cr-00006-TMB-MMS |
|---|---|
| Plaintiff, | COUNT 1:<br>FALSE IMPERSONATION OF CITIZEN OF UNITED STATES<br>  Vio. of 18 U.S.C. § 911 |
| vs. | |
| ENRICO RONQUILLO, | COUNT 2:<br>FALSE DOCUMENT<br>  Vio. of 18 U.S.C. § 1001 |
| Defendant. | |
| | COUNTS 3-4:<br>AGGRAVATED IDENTITY THEFT<br>  Vio. of 18 U.S.C. § 1028A(a)(1) |

**INDICTMENT**

The Grand Jury charges that:

<u>COUNT 1</u>

On or about May 11, 2025, and continuing until on or about May 14, 2025, within the District of Alaska and elsewhere, the defendant, ENRICO RONQUILLO, did willfully and falsely represent himself to be a citizen of the United States to the Princess Cruise

Lines, Ltd., M/V Discovery Princess passenger ship for entry into that vessel's manifest.

All of which is in violation of 18 U.S.C. § 911.

## COUNT 2

On or about May 11, 2025, and continuing until on or about May 14 2025, within the District of Alaska and elsewhere, while aboard the Princess Cruise Lines, Ltd., M/V Discovery Princess passenger cruise ship, the defendant, ENRICO RONQUILLO, did willfully and knowingly make and use a false writing and document, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry in a matter within the jurisdiction of the executive branch of the Government of the United States, by filling out an Internal Revenue Service W-9 Request for Taxpayer Identification Number and Certification form, knowing and believing that the name, signature, address, and social security number belonged to another individual.

All of which is in violation of 18 U.S.C. § 1001.

## COUNTS 3-4

On or about May 11, 2025, and continuing until on or about May 14, 2025, within the District of Alaska and elsewhere, the defendant, ENRICO RONQUILLO, did knowingly possess and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), namely 18 U.S.C. § 911, as charged in Count 1, and 18 U.S.C. §1001, as charged in Count 2, knowing that the means of identification belonged to another person.

//

//

| | |
|---|---|
| Count 3 | From on or about May 11, 2025, and continuing through on or about May 14, 2025, Enrico Ronquillo, during and in relation to Count 1 identified himself to the M/V Discovery Princess passenger cruise ship as Victim 1 with a counterfeit California driver's license and a counterfeit California birth certificate, containing multiple means of identification pertaining to Victim 1. |
| Count 4 | On or about May 11, 2025, and continuing through on or about May 14, 2025, while aboard the M/V Discovery Princess passenger cruise ship, Enrico Ronquillo, during and in relation to Count 2, made and used a fraudulent Internal Revenue Service Form W-9 that contained Victim 1's name, signature, address, and social security number. |

All of which is in violation of 18 U.S.C. § 1028A(a)(1).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ William R. Reed
WILLIAM R. REED
Assistant U.S. Attorney
United States of America


s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America


DATE:   June 10, 2025